UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

The Hebrew University of Jerusalem

    Plaintiff,

v.

Case No.: 1:21−cv−03201

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 16, 2021:

    MINUTE entry before the Honorable Manish S. Shah: The motion to proceed anonymously and file documents under seal [6] is denied in part, granted in part. Anonymity for plaintiff is not necessary and plaintiffs in these cases routinely file their complaints publicly. The public is entitled to know who is using the court system and plaintiff's concern that defendants will react to the knowledge that plaintiff is using the court system is not an extraordinary circumstance that outweighs the public's right to access the courts. This court promptly reviews and rules on ex parte TRO motions in these cases. Schedule A and the identities of the defendants can be under seal, however, because there is a likelihood of irreparable harm to plaintiff if those specific entities were aware that they have been accused of infringement before a TRO could issue. The clerk shall unseal the amended complaint [7] and exhibits [7−1] and [7−2]. Schedule A, [7−3], shall remain under seal. The clerk shall also correct the docket and caption to name plaintiff, The Hebrew University of Jerusalem. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.